THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Mantei & Associates, LTD, Respondent,
 v.
 John D. Monroe, Jr., and Julia Marie Shields, Appellants.
 
 
 

Appeal From Richland County
Casey L. Manning, Circuit Court Judge

Unpublished Opinion No. 2011-UP-166
Submitted March 1, 2011  Filed April 18, 2011

AFFIRMED

 
 
 
 Noah M. Hicks, II, of Columbia, for Appellants.
 Michael H. Montgomery, of Columbia, for Respondent.
 
 
 

PER CURIAM:  John D. Monroe, Jr. and Julia Marie Shields appeal the circuit court's order denying their motion to dismiss or, in the alternative,
compel arbitration in a suit initiated by Mantei and Associates.  Monroe and Shields argue the parties' dispute must be arbitrated because Mantei initiated
arbitration to resolve the issues on appeal in prior litigation between the parties.  We affirm[1]
pursuant to Rule 220(b)(1), SCACR, and the following authorities: Staubes v. City of Folly Beach, 339 S.C. 406, 412, 529 S.E.2d 543, 546 (2000) (holding
an issue must have been raised to and ruled upon by the circuit court in order to be preserved for appellate review); South Carolina Dep't of Transp. v. M
& T Enter. of Mt. Pleasant, LLC, 379 S.C. 645, 559 n.7, 667 S.E.2d 7, 15 n.7 (Ct. App. 2008) (holding an issue was not preserved for appellate review
after it was raised in a proposed order submitted to the circuit court, but the appellant never filed a Rule 59(e), SCRCP, motion asking the court to address
the issue). 
AFFIRMED.
WILLIAMS, J., LOCKEMY, J., and CURETON, A.J., concur.  

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.